Oether.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  -against-

LOUIS MARTIN BLAZER III,

        Defendant.

16-CV-3384 (JPO)

Notice of Withdrawal

---

TO: The Clerk of the Court; All Parties

  PLEASE TAKE NOTICE that following April 7, 2017, the undersigned, Dominick D. Barbieri, has not been associated with Plaintiff Securities and Exchange Commission and hereby withdraws as an attorney of record for Plaintiff.

DATED: May 26, 2017

                s/ Dominick D. Barbieri

                Dominick D. Barbieri, Esq. (#3410)

**SO ORDERED:**

_____
J. PAUL OETKEN
United States District Judge

5/30/17