UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | 16-CV-03384 (JPO) |
| | : | |
| -against- | : | ECF CASE |
| | : | |
| LOUIS MARTIN BLAZER III, | : | Affidavit of Service |
| | : | |
| Defendant. | : | |

I, DAVID H. TUTOR, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that on July 13, 2017, I served a copy of David H. Tutor's Notice of Appearance in this matter by UPS overnight delivery upon the following:

> Louis Martin Blazer, III
> 514 Meadow Lane
> Clinton, PA 15026
> *Pro Se Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York, on July 13, 2017.

David H. Tutor
Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281
Telephone: 212-336-0024
Email: tutord@sec.gov